# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAAC BLACKSTON | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-cv-923 |
| | : | |
| NANCY A. BERRYHILL,[1] | : | |
| ACTING COMMISSIONER OF | : | |
| SOCIAL SECURITY | : | |

## ORDER

**AND NOW,** this 12th day of July, 2018, after careful and independent review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin to which there were no objections, it is hereby **ORDERED** that:

1. The Report and Recommendation [Doc. 15] is **APPROVED and ADOPTED**.
2. The relief sought by Plaintiff is **DENIED**.
3. The decision of the Commissioner of Social Security is **AFFIRMED**.
4. The Clerk is **DIRECTED** to mark this case terminated.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**

---

[1] **On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of the Social Security Administration and, therefore, she should be automatically substituted as the Defendant in this action. See Fed. R. Civ. P. 25(d).**